AO 91, Rev. 11/82  (K. Grigsby Authorizing)KLG 4313      AMENDED CRIMINAL COMPLAINT                                                           # 06-140

| United States District Court | DISTRICT<br>Eastern District of Pennsylvania |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Kareem Millhouse | DOCKET NO. |
| | MAGISTRATE'S CASE NO. |

Complaint for violation of Title 18 United States Code § § 751(a), 930(b), and 2241(a)

| NAME OF JUDGE OR MAGISTRATE<br>Honorable TIMOTHY R. RICE | OFFICIAL TITLE<br>U.S. Magistrate Judge | LOCATION<br>Philadelphia, PA |
|---|---|---|
| DATE OF OFFENSE<br>July 7, 2006 | PLACE OF OFFENSE<br>600 Arch Street<br>Philadelphia, PA | ADDRESS OF ACCUSED (if known)<br>FDC-Philadelphia<br>7th and Arch Streets, Philadelphia, PA |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On July 7, 2006, Kareem Millhouse knowingly possessed a dangerous weapon, that is, a razor, in the William J. Green Building at 600 Arch Street in Philadelphia, PA, a federal facility, with the intent to use it in the commission of a crime, in violation of 18 U.S.C. § 930(b).

On July 7, 2006, Kareem Millhouse, while in the William J. Green Building, a federal facility, attempted to cause another person to engage in a sexual act by threatening or placing that other person in fear that she would be subjected to death or serious bodily injury, in violation of 18 U.S.C. § 2241(a).

On July 7, 2006, Kareem Millhouse, while in the custody of the Attorney General or his authorized representative by virtue of indictment on felony charges, repeatedly attempted to smash a window so as to escape from custody, in violation of 18 U.S.C. § 751(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>Kevin McShane |
|---|---|
| | OFFICIAL TITLE<br>Special Agent<br>Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE [1]<br>Honorable TIMOTHY R. RICE, United States Magistrate Judge | DATE |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
Kareem Millhouse

# WARRANT FOR ARREST

CASE NUMBER:

To:  The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Kareem Millhouse

and bring him forthwith to the nearest magistrate judge to answer a Complaint

charging him with
On July 7, 2006, Kareem Millhouse knowingly possessed a dangerous weapon, that is, a razor, in the William J. Green Building at 600 Arch Street in Philadelphia, PA, a federal facility, with the intent to use it in the commission of a crime, in violation of 18 U.S.C. § 930(b).

On July 7, 2006, Kareem Millhouse, while in the William J. Green Building, a federal facility, attempted to cause another person to engage in a sexual act by threatening or placing that other person in fear that she would be subjected to death or serious bodily injury, in violation of 18 U.S.C. § 2241(a).

On July 7, 2006, Kareem Millhouse, while in the custody of the Attorney General or his authorized representative by virtue of indictment on felony charges, repeatedly attempted to smash a window so as to escape from custody, in violation of 18 U.S.C. § 751(a).

In violation of Title 18 United States Code, Section(s) 2241(a), 751(a), and 930(b)

| | |
|---|---|
| Honorable TIMOTHY R. RICE | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| | Philadelphia, PA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>Kevin McShane<br>Special Agent, FBI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

K. Grigsby Authorizing    /KLG4313