IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. 06-397 |
| | : | |
| v. | : | CIVIL ACTION NO. 09-1951 |
| | : | |
| KAREEM H. MILLHOUSE | : | |

# ORDER

**AND NOW,** this 16th day of August 2012, upon consideration of Petitioner's *Habeas Corpus* Motion under 28 U.S.C. § 2255 [Doc. No. 171] and the supplements and amendments thereto and the Government's opposition thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Petitioner's Motion is **DENIED**; and

2. The Court finds no ground upon which to issue a certificate of appealability.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**